August 12, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00092-CV

BRIGHT HEALTH MANAGEMENT, INC., Appellant

V.

CANTILO & BENNETT, L.L.P., SPECIAL DEPUTY RECEIVER OF BRIGHT
HEALTHCARE INSURANCE COMPANY OF TEXAS, Appellee

This cause, an appeal from an order in favor of appellee, Cantilo & Bennett,
L.L.P., Special Deputy Receiver of Bright Healthcare Insurance Company of Texas,
was heard on the appellate record. The record shows that the order is neither an
appealable interlocutory order nor a final judgment. We therefore order the appeal
**DISMISSED**.

We order appellant, Bright Health Management, Inc., to pay all costs incurred
in this appeal.

We further order this decision certified below for observance.

Judgment Rendered August 12, 2025.
Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.